DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARLOWE D. ROBINSON,**
Appellant,

v.

**BROWARD COUNTY SCHOOL DISTRICT,**
Appellee.

No. 4D17-2570

[April 18, 2018]

Appeal from the State of Florida Commission on Human Relations; FCHR No. 201701006.

Marlowe D. Robinson, Lauderhill, pro se.

Elizabeth W. Neiberger and Denise M. Heekin of Bryant Miller Olive, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed. See Caldwell v. Board of Trustees Broward County Community College*, 858 So. 2d 1199 (Fla. 4th DCA 2003).

GERBER, C.J., DAMOORGIAN and KLINGENSMITH, JJ., concur.

* * *

***Not final until disposition of timely filed motion for rehearing.***